UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS JAMES BREWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLOREZ, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2003-EFB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). He has also submitted a trust account statement, but it is not certified.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a *certified* copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2) (emphasis added).

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order will result in a recommendation that

1

1 | this action be dismissed.  The Clerk of the court is directed to send to plaintiff a new form
2 | Application to Proceed In Forma Pauperis by a Prisoner.
3 |     So ordered.
4 | Dated:  November 14, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE